## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL INTERACTIVE MEDIA, INC., | |
| Plaintiff, | Civil Action No. _____ |
| v. | |
| MUSICTOGO, LLC, | |
| Defendant. | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Global Interactive Media, Inc. states that it has no parent corporation, and that there is no publicly held corporation that owns more than 10% of its stock.

Dated:  October 27, 2020

Respectfully Submitted,

*/s/ Joshua E. Abraham\_\_*
Joshua E. Abraham
BUTZEL LONG, PC
477 Madison Avenue, Suite 1230
New York, NY 10022
Tel: (212) 374-5370

Thomas G. Southard (*pro hac vice* pending)
Brian S. Seal (*pro hac vice* pending)
BUTZEL LONG, PC
1909 K. St., N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 454-2800

*Attorneys for Plaintiff*