

a professional corporation

**Joshua E. Abraham**
**212 374 5370**
abraham@butzel.com

Suite 1230   477 Madison Avenue
New York, New York  10022
**T:** 212 818 1110  **F:** 212 898 0123
**butzel.com**

January 20, 2020

Honorable John P. Cronan
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Global Interactive Media, Inc. v. MusicToGo, LLC*,
       Case No. 1:20-cv-08998-JPC

Dear Judge Cronan:

I represent plaintiff Global Interactive Media, Inc. ("GIM") in the above-referenced action.  I write to respectfully request that the Initial Pretrial Conference scheduled for January 25, 2021, at 10 a.m. be adjourned for 30 days.  On Friday, January 15, 2021, GIM served the summons and complaint on defendant MusicToGo, LLC through its counsel, whom we understand will soon be filing an appearance in the case.  GIM has also agreed to extend the time for MusicToGo, LLC to answer the complaint by 30 days, until March 8, 2021.  GIM requests this adjournment so that counsel for both parties will have sufficient time to confer in respect of preparing a joint case management plan and possible settlement.  This is GIM's first request for an adjournment of the Initial Pretrial Conference.

The Initial Pretrial Conference scheduled for January 25, 2021, at 10 a.m. is hereby adjourned to March 10, 2021, at 11:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

The parties' request to extend Defendant's time to respond to the Complaint is GRANTED.  Defendant shall respond to the Complaint by March 8, 2021.

Further, Plaintiff is directed to file Proof of Service of the Summons and Complaint on Defendant by February 8, 2021.

SO ORDERED.

Date: January 20, 2021

New York, New York

Very truly yours,

Joshua E. Abraham
*Counsel for Global Interactive Media, Inc.*

_____
JOHN P. CRONAN
United States District Judge

Ann Arbor    Bloomfield Hills    Detroit    Lansing    New York    Washington D.C.
*Alliance Offices*    Beijing    Shanghai    Mexico City    Monterrey    *Member Lex Mundi*    www.butzel.com