UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                        :
GLOBAL INTERACTIVE MEDIA, INC.,          :
                                        :
                      Plaintiff,               :
                                        :          20 Civ. 8998 (JPC) (RWL)
           -v-                              :
                                        :                    ORDER
MUSICTOGO, LLC,                               :
                                        :
                    Defendant.            :
                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Given this Court's referral of the case to the Honorable Robert W. Lehrburger for General Pretrial, the Initial Pretrial Conference scheduled for March 10, 2021, at 11:00 a.m. is adjourned *sine die*. The parties are directed to familiarize themselves with Judge Lehrburger's Individual Rules, available at https://www.nysd.uscourts.gov/hon-robert-w-lehrburger.

      SO ORDERED.

Dated: March 1, 2021
       New York, New York
                                                  JOHN P. CRONAN
                                        United States District Judge