```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLOBAL INTERACTIVE MEDIA, INC.,          :
                                         :    20-CV-8998 (JPC) (RWL)
                         Plaintiff,      :
                                         :
            - against -                  :    ORDER
                                         :
MUSICTOGO, LLC,                          :
                                         :
                         Defendant.      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the case management conference held on March 24, 2021, all discovery, including initial disclosures, is stayed pending mediation.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1